EdiZONE, LLC
Casey K. McGarvey (4882)
123 East 200 North
Alpine, Utah 84004
(801) 936-1019
casey@edizone.com

Attorney for Plaintiff,
EdiZONE, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| EDIZONE, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BARJAN LLC, a Delaware limited liability company, TRAVELCENTERS OF AMERICA LLC, a Delaware limited liability company, PILOT TRAVEL CENTERS LLC dba PILOT FLYING J, a Delaware limited liability company, DAS DISTRIBUTORS, INC. ,  a Pennsylvania corporation, and DOES 1 – 50,<br><br>Defendants. | **NOTICE OF VOLUNTARY DISMISSAL**<br><br>Case No.:  2:10-cv-00867-DB<br><br>Judge:  Dee Benson |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, EdiZONE, LLC, hereby files this Notice of Voluntary Dismissal of this action against Defendants.  As for only Defendants Barjan LLC, TravelCenters of America LLC and Pilot Travel Centers LLC dba Pilot Flying J, this dismissal is with prejudice.  As for Defendants DAS Distributors, Inc. and any or all other potential defendants, this dismissal is without prejudice. This matter now may be closed by the Court.

DATED this 30th day of March, 2011.


   /s/Casey K. McGarvey
Casey K. McGarvey
Attorney for EdiZONE, LLC